IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-90-D

| | | |
|---|---|---|
| PAMELA MCMORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MACY'S INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

On March 14, 2013, plaintiff Pamela McMorris filed a motion for voluntary dismissal with prejudice [D.E. 4]. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff's case is dismissed with prejudice. See Fed. R. Civ. P. 41(a)(1).

SO ORDERED. This **22** day of March 2013.

JAMES C. DEVER III
Chief United States District Judge